HARRY SCHECHTER, Respondent, *v.* MINNIE WEISS, Appellant.

Supreme Court, Appellate Term, First Department, January 23, 1947.

*Harry Rappaport* for appellant.

*Samuel Brill* and *Harry Schechter,* in person, for respondent.

*Per Curiam.* There is no express covenant in the lease under which plaintiff went into possession, which requires defendant to make repairs. As a statutory tenant, plaintiff's rights and obligations are those fixed by the lease. A diminution of service might justify an application to the Office of Price Administration, for a reduction in rent but would not support an action, *ex contractu,* for repairs made by plaintiff.

The judgment should be reversed, with $30 costs, and complaint dismissed, with costs.

HAMMER, SHIENTAG and HECHT, JJ., concur.

Judgment reversed, etc.